| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
| --- | --- | --- |
| | | **17-20300-CR-SCOLA-1** |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 2 0 - C R - 0 0 1 1 4 - R M |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT Southern District of Florida | DIVISION Miami |
| --- | --- | --- |
| MARK DAVID JOHNSON | NAME OF SENTENCING JUDGE The Honorable Robert N. Scola, Jr. | |

| SD/FL PACTS NO.: 3633793 | DATE OF SUPERVISED RELEASE | FROM 10/11/2019 | TO 10/10/2022 |
| --- | --- | --- | --- |

OFFENSE:

Count 1 – Conspiracy to Commit Mail Fraud; 18 U.S.C. §1349

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF FLORIDA</u>

**IT IS HEREBY ORDERED** that, pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised release named above be transferred with the records of this Court to the United States District Court for the <u>DISTRICT OF COLORADO</u> upon the Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| December 2, 2019 | |
| --- | --- |
| *Date* | *United States District Judge* Robert N. Scola, Jr. |

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

**IT IS HEREBY ORDERED** that, jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 4/9/2020 | |
| --- | --- |
| *Effective Date* | *United States District Judge* |