PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 3633793

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: <u>17-20300-CR-SCOLA-1</u>

### Request for Modifying the Conditions or Term of Supervision
### With Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  Mark David Johnson

Name of Sentencing Judicial Officer: The Honorable Robert N. Scola, Jr. United States District Judge, Miami, Florida

Date of Original Sentence:  February 14, 2018

Original Offense:  Count 1: Conspiracy to commit mail fraud, in violation of Title 18 U.S.C. § a Class C felony.

Original Sentence:  Forty-eight (48) months custody of the Bureau of Prisons, followed by three (3) years of supervised release. The following special conditions were ordered: The defendant shall: 1) provide complete access to financial information; 2) no new debt restriction; 3) permissible search; 4) shall obtain prior written approval from the court before entering into any self-employment; 5) shall participate in an approved treatment program for drug and/or alcohol abuse and abide by all supplemental conditions of treatment; and 6) pay any unpaid amount of restitution, fines, or special assessments. A $100.00 special assessment and $1,831,461.77 in restitution were ordered.

Type of Supervision:  Supervised Release    Date Supervision Commenced:  October 11, 2019

## PETITIONING THE COURT

☐  To extend the term of supervision for _____ years, for a total term of _____ years.  
☒  To modify the conditions of supervision as follows:

**The defendant must participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as you are released from the program by the probation officer. You must abstain from the use of alcohol or other intoxicants during the course of treatment and must pay the cost of treatment as directed by the probation officer.**

PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 3633793

## CAUSE

On October 11, 2019, the defendant commenced his three (3) year term of supervised release in the District of Colorado. The defendant currently resides with his wife in Golden, Colorado, and he is employed full time.

On November 14, 2019, the District of Colorado requested that the defendant's conditions be modified to include specific language required by their district, to effectively supervise the defendant related to his risk, within the District of Colorado.

The defendant voluntarily signed the enclosed *Waiver of Hearing to Modify Conditions of Supervised Release,* agreeing to the modifications outlined above.

Furthermore, the District of Colorado is requesting the Southern District of Florida initiate a transfer of jurisdiction in this case, as the defendant intends to remain in the District of Colorado. The U.S. Probation Office has attached a Transfer of Jurisdiction Form for Your Honor's review and completion of Part 1 of the order, should Your Honor be in agreement.

**RECOMMENDATION:** It is respectfully recommended Your Honor modify the conditions of supervised release as requested by the District of Colorado and outlined above. Should Your Honor have any further questions or require any additional information, please contact this officer at the numbers below.

Respectfully submitted,

by: *[signature]* Lazaro Fumero  
2019.11.26 15:32:41 -05'00'

Lazaro Fumero  
United States Probation Officer  
Office: (305) 512-1813  
Cellular: (305) 301-5601  
Date: November 26, 2019

---

THE COURT ORDERS:

☐ No Action  
☒ The Modification of Conditions as Noted Above  
☐ Submit a Request for ☐ Warrant or ☐ Summons

*[signature]*  
Signature of Judicial Officer  
Robert N. Scola, Jr.

December 2, 2019  
Date

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*

**17-20300-CR-SCOLA-1**

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| MARK DAVID JOHNSON | Southern District of Florida | Miami |

NAME OF SENTENCING JUDGE

The Honorable Robert N. Scola, Jr.

| SD/FL PACTS NO.: 3633793 | DATE OF SUPERVISED RELEASE | FROM 10/11/2019 | TO 10/10/2022 |
|---|---|---|---|

OFFENSE:

Count 1 – Conspiracy to Commit Mail Fraud; 18 U.S.C. §1349

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF FLORIDA</u>

**IT IS HEREBY ORDERED** that, pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised release named above be transferred with the records of this Court to the United States District Court for the <u>DISTRICT OF COLORADO</u> upon the Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

December 2, 2019
*Date*

*United States District Judge*
Robert N. Scola, Jr.

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

**IT IS HEREBY ORDERED** that, jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*                    *United States District Judge*