IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00114-RM

UNITED STATES OF AMERICA,

Plaintiff,

v.

Mark Johnson,

Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:     The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Defendant:  **Mark Johnson**

DATED at Denver, Colorado this 9th day of February 2021.

*S/ Jill M. Jackson*
Jill M. Jackson, Esq.
Law Office of Jill M. Jackson LLC.
650 S. Cherry Street, Suite 1225
Denver, CO 80246
Phone: 303.818.7209
Fax: 303.379.7676

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 9, 2021 a copy of this document was served electronically, via CMECF, as follows:

U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
jd.rowell@usdoj.gov

*S/ Jill M. Jackson*
Jill M. Jackson, Esq.
Law Office of Jill M. Jackson LLC.
650 S. Cherry Street, Suite 1225
Denver, CO 80246
Phone: 303.818.7209
Fax: 303.379.7676