IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 20-cr-00114-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARK DAVID JOHNSON,

    Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 10th day of February, 2021.

                              JASON R. DUNN
                              United States Attorney

By:    *s/ Bryan Fields*
         Assistant United States Attorney
         United States Attorney's Office
         1801 California Street, Suite 1600
         Denver, Colorado 80202
         Telephone: (303) 454-0251
         Fax: 303-454-0405
         Email: bryan.fields3@usdoj.gov
         Attorney for the Government

## **CERTIFICATE OF SERVICE**

      I certify that on this 10th day of February, 2021, I electronically filed the foregoing **Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      By: *s/ Danielle Cooley-Graham*
          Legal Assistant
          United States Attorney's Office