IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00114-RM

UNITED STATES OF AMERICA,

  Plaintiff,

v.

Mark Johnson,

Defendant.

---

**UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISION**

---

COMES NOW, Mark Johnson, by and through undersigned counsel, and respectfully MOVES this Court to terminate probation supervision or grant a hearing regarding the same. As grounds in support, Mr. Johnson states the following:

1. On September 20, 2017, Mr. Johnson entered a guilty plea to Count 1 of the Superseding Indictment, conspiracy to commit mail fraud, in violation of Title 18 of the United States Code, Section 1349, a Class C felony.

2. On February 14, 2018, Mr. Johnson was sentenced, by the Honorable Robert N Scola, Jr., United States District Judge, Miami, Florida, to forty-eight months custody of the Bureau of Prisons, with the recommendation that Mr. Johnson be allowed to participate in the 500-hour Residential Drug Abuse Program (RDAP) and that he be designated to FCI Englewood, Littleton, CO or as close thereto as possible, with three years supervised release, and restitution to be determined. Including standard terms and

conditions of probation.

3. The following special conditions of probation were imposed: 1) provide complete access to financial information; 2) not apply for, solicit or incur further debt; 3) submit to search of person and property; 4) obtain prior written approval by the Court before entering into any self-employment; 5) participate in an approved drug treatment program for drug/alcohol abuse; and 6) the defendant shall notify the probation department of any material change in the defendants economic circumstances that might affect the defendants ability to pay if he has any unpaid amount of restitution, fines or special assessments.

4. Mr. Johnson was ordered to pay, joint and several, restitution in the amount of $1,831,461.77.

5. On December 2, 2019, Honorable Robert N Scola, Jr., issued an order transferring Mr. Johnson's supervised release from the Southern District of Florida to the United States District Court of Colorado.

6. Pursuant to Title 18 of the United States Code, Section 3564(c), the Court may "terminate a term of probation previously ordered and discharge the defendant at any time in the case of a misdemeanor or an infraction or at any time after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice."

7. Mr. Johnson is eligible for early termination of probation. His supervised release commenced on October 11, 2019. At this time, he has successfully completed one year

and five months of supervised release.

8. He was originally assigned to United States Probation Officer, for the District of Colorado. However, due to his low risk and compliance, he was re-assigned to Brenda Meraz, a Unites States Probation Technician for the District of Colorado.

9. Undersigned, communicated with the Assistant U.S. Attorney assigned this case, Patricia Davies, and she does not object to early termination of Mr. Johnson's supervision.

10. Mr. Johnson successfully completed the RDAP program. The RDAP program is BOP's most intensive treatment program. According to research, conducted by BOP and the National Institute on Drug Abuse, "RDAP participants are significantly less likely to recidivate and less likely to relapse to drug use than non-participant."[1]

11. Mr. Johnson is also employed, full time, as a mechanic at BWRA, Inc., located at 16010 W. 5th Ave., Unit 6, Golden Co. 80401. He has been employed with BWRA since his release from prison in October 2019.

12. He has fully complied with all monitored sobriety with no missed or positive UAs. He has demonstrated consistent and timely payments toward his restitution amount as required. He has successfully completed all terms and conditions of probation, with the exception of the remaining supervision and monthly restitution payments.

13. Mr. Johnson has no prior criminal record.

---

[1] *See BOP website, https://www.bop.gov/inmates/custody_and_care/substance_abuse_treatment.jsp*

14. Mr. Johnson's life has completely changed since the pendency of this case. He is extremely remorseful and takes full responsibility for his actions. He has fully complied with probation, shown that he is a productive member of society, and proven that he is not a danger to the community. Mr. Johnson is ready to put this behind him.

WHEREFORE, Mr. Mark Johnson, respectfully requests early termination of supervised release.

DATED at Denver, Colorado this 22nd day of March 2021.

/S/ Jill M. Jackson
Jill M. Jackson, Esq.
Law Office of Jill M. Jackson LLC.
650 S. Cherry Street, Suite 1225
Denver, CO 80246
Phone: 303.818.7209
Fax: 303.379.7676
www.jilljacksonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2021 a copy of this document was served electronically, via CM/ECF, as follows:

Assistant United States Attorney
United States Attorney's Office | District of Colorado
1801 California Street, Suite 1600
Denver, CO  80202
Phone: (303) 454-0127

/S/ Jill M. Jackson
Jill M. Jackson, Esq.
Law Office of Jill M. Jackson LLC.