IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  20-cr-114-RM

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**MARK DAVID JOHNSON,**

    Defendant.

---

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR EARLY RELEASE FROM SUPERVISED PROBATION [ECF No. 2]**

---

The United States of America, by Matthew T. Kirsch, Acting United States Attorney for the District of Colorado, through Bryan David Fields, Assistant United States Attorney, hereby files this response to defendant Mark David Johnson's Motion for Early Termination from Probation.  ECF No. 6.   The government has no objection to the Defendant's motion.

    1.    Between September 9, 2008 and February 10, 2015 the defendant conspired with his wife and others in an elaborate scheme to fraudulently obtain and sell automobiles.  The defendant was the leader and organizer of the scheme, which ultimately involved at least ten victims and nearly 200 automobiles.

    2.    On September 20, 2017, the defendant pleaded guilty to count one of the indictment, charging him with conspiracy to commit mail fraud in violation of 18 U.S.C. § 1349.  *United States v. Johnson*, 17-cr-20300-Scola-1, ECF No. 156 (S.D. Fl.) ("S.D. Fl..").

    3.    The defendant was sentenced to 48 months' imprisonment in a judgment that recommended he be allowed to participate in the Bureau of Prison's 500-hour residential drug

1

treatment program.  S.D. Fl. ECF No. 363.

4. On March 22, 2021 the Defendant filed a motion seeking early termination of his supervised release.  Early termination is governed by 18 U.S.C. § 3383(e)(1).  That provision, by its terms, permits termination of supervised release "at any time after the expiration of one year of supervised release" pursuant to the procedures set forth in Federal Rule of Criminal Procedure 32.1.  In evaluating this motion, the Court must consider the factors set forth at 18 U.S.C. § 3553(a) and evaluate whether release is in in the "interest of justice."  *United States v. Begay*, 631 F.3d 1168, 1171-72 (10th Cir. 2011).

5. The government has consulted with the Probation Officer assigned to the Defendant's case.  The Probation Office has no objection to the Defendant's petition.  After independently evaluating the Defendant's case, the government likewise has no objection:  early termination is appropriate, based on the § 3553(a) factors and is in the interest of justice.  The defendant took responsibility for his crime, served his sentence without incident, and has been in compliance with the terms of supervised release.  The Defendant's conduct thus demonstrates respect for the law.  The defendant's leadership role in the underlying scheme, as well as a substance abuse problem, does provide some basis for concern regarding additional crimes. But the offense of conviction was his first felony conviction, he successfully completed drug treatment, and there is no reason to believe that he will not be deterred by the experience of his punishment in this case.  Because the defendant served his sentence, and one year of supervised release, without incident, there is also no reason to believe that early termination will somehow undermine deterrence.  Allowing the defendant to further his post-conviction integration into society, without interference from the terms of supervised release, is also in the interest of justice.  Although the defendant has not yet fully paid his restitution, the government's Financial

Litigation Unit has tools at its disposal to lawfully collect the remaining amount pursuant to the appropriate processes.

6.  For the reasons set forth above, the government has no objection to the relief requested in the defendant's motion. Because the defendant's motion does not ask for a hearing; because the relief sought is favorable to the defendant; and because the government received notice, had a reasonable opportunity to object, and has no objection, no hearing is necessary on the motion. Fed. R. Crim. P. 32.1.

      MATTHEW T. KIRSCH
      Acting United States Attorney
      District of Colorado

By:  s/ *Bryan David Fields*
      BRYAN DAVID FIELDS
      Assistant United States Attorney
      1801 California Street, Suite 1600
      Denver, CO 80202
      Telephone 303-454-0100
      Facsimile 303-454-0402
      Bryan.Fields3@usdoj.gov

**CERTIFICATE OF SERVICE**

       I certify that on this 26th day of March, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record in this case.

                                                    s/ *Bryan David Fields*
                                                    BRYAN DAVID FIELDS
                                                    Assistant United States Attorney
                                                    1801 California Street, Suite 1600
                                                    Denver, CO 80202
                                                    Telephone 303-454-0100
                                                    Facsimile 303-454-0402
                                                    Bryan.Fields3@usdoj.gov