IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:20CR00114-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MARK DAVID JOHNSON

        Defendant.

---

**ORDER REGARDING EARLY TERMINATION OF SUPERVISED RELEASE**

---

      THIS MATTER is before the Court upon request by the defendant for the Court to consider early termination of supervised release [Document 6].

      HAVING considered the probation officer's report and the government's response, the Court

  _X_  ORDERS the defendant's term of supervised release be terminated immediately.

  ____  DENIES early termination of the defendant's supervised release.

      DATED at Denver, Colorado, this _5th_ day of April 2021.

BY THE COURT:

_____
Raymond P. Moore
United States District Judge